## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASTLEY ANTHONY GRANT,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:22-cv-0331** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **WARDEN OF CLINTON** | : | |
| **COUNTY CORRECTIONAL** | : | |
| **FACILITY,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 2nd day of August 2022, for the reasons set forth in the

Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1.     Petitioner Astley Anthony Grant's petition for a writ of habeas corpus
       pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2.     The Clerk of Court is directed to **CLOSE** the above-captioned case.


s/ Sylvia H. Rambo
United States District Judge